# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1577

KIMBERLY SEGURA, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

    Plaintiff(s),

v.

AVENUE5 RESIDENTIAL LLC, A DELAWARE LIMITED LIABILITY COMPANY,

    Defendant(s).

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

<u>KIMBERLY SEGURA, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED</u>.

    DATED at Denver, Colorado this 28th day of June, 2024.

                                                    */s/ Jason Legg*
                                                  Cadiz Law, LLC
                                                  501 S. Cherry St.
                                                  Suite 1100
                                                  Denver CO 80246
                                                  720-767-2036
                                                  jason@cadizlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

anderson.d@wssllp.com

*s/ Jason Legg*