**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:24-cv-01577-DDD-NRN**

KIMBERLY SEGURA, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

AVENUE5 RESIDENTIAL LLC, A DELAWARE LIMITED LIABILITY COMPANY,

Defendant.

---

**DEFENDANT AVENUE5 RESIDENTIAL LLC'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

---

Defendant Avenue5 Residential LLC ("Defendant" or "Avenue5"), by and through its undersigned counsel, hereby submits this Third *Unopposed* Motion for Extension of Time to File its Response in Opposition to Plaintiff's Motion for Class Certification ("Response"). Defendant requests an extension, up to and including October 9, 2026 to file its Response. In support, Defendant states as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendant certifies that they have conferred in good faith with Plaintiff's counsel. Plaintiff does <u>not</u> oppose the relief requested herein.

1. The current deadline for Defendant to file its Response is September 25, 2026. [Doc 120].
2. Defendant requests a two-week extension to allow the parties to explore settlement.
3. This Court has scheduled a Motion Hearing for Class Certification Oral Arguments on November 3, 2026.
4. The two-week extension of time, up to and including October 9, 2026 for Defendant to file its Response will not prejudice the parties, affect the parties' other deadlines or affect the Motion Hearing as currently scheduled.
5. This motion is not intended for delay. No party will be prejudiced by this relief, and Plaintiff does not oppose the relief requested.

A copy of this Motion shall be served by counsel on Plaintiff, contemporaneously with filing pursuant to D.C.Colo.LCivR 6.1(c).

WHEREFORE, Defendant Avenue5 Residential LLC, respectfully moves this court for an extension of time up to including October 9, 2026 for Defendant to file its Response in Opposition to Plaintiff's Motion for Class Certification.

Respectfully submitted on September 22, 2026

*The original of this pleading is on file at the offices of Winget, Spadafora & Schwartzberg, LLP*

*/s/ Derek C. Anderson*______________
Derek C. Anderson, Esq., No. 37727
Jennifer R. O'Shea, Esq., No. 58617
Winget, Spadafora & Schwartzberg, LLP
2530 Junction Place, Suite 102
Boulder, CO 80301
T: (720) 699-1800
F: (720) 699-1801
Email: anderson.d@wssllp.com
Email: oshea.j@wssllp.com
*Attorneys for Defendant Avenue5 Residential LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026 I electronically filed the foregoing *Defendant Avenue5 Residential LLC's Third Unopposed Motion for Extension of Time to File Response in Opposition to Plaintiff's Motion for Class Certification* with the Court using the CM/ECF system to the following:

*/s/ Derek C. Anderson*
Derek C. Anderson

Steven L. Woodrow, Esq.
The Steven Woodrow Law Firm
898 South Vine
Denver, Colorado 80209
T: 720-824-1579
Email: swoodrew@stevenwoodrowlawfirm.com
*Attorney for Plaintiff and the alleged Classes*

Gia Scala Nyhuis
Justice for the People Legal Center
501 South Cherry Street
Suite 1100
Denver, CO 80246
T: 720-248-8697
Email: gia@justiceforthepeople.org
*Attorney for Plaintiff and the alleged Classes*